IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kenneth Macek, Matthew Harner, Avi Setton, Lionel Alicea, and Robert Walker, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DraftKings, Inc., Crown PA Gaming Inc. d/b/a DraftKings, Golden Nugget Online Gaming LLC, <br><br> Defendants. | Case No. 5:25-cv-01995 |

**NOTICE OF PLAINTIFFS' INTENT TO AMEND PURSUANT TO FED. R. CIV. P. 15(a)**

Please take notice, pursuant to Local Rule 7.1(c) that Plaintiffs, Kenneth Macek, Matthew Harner, Avi Setton, Lionel Alicea, and Robert Walker, intend to file an amended complaint in response to Defendants' DraftKings Inc., Crown PA Gaming Inc. d/b/a DraftKings, Golden Nugget Online Gaming, LLC, Motion to Dismiss, Dkt. 29. Defendants' filed their motion on June 24, 2025. Plaintiffs will file their amended complaint no later than July 15, 2025 pursuant to Fed. R. Civ. P. 15(a).

/s/ Isaac Green
Isaac Green (*admitted pro hac vice*)
Michael Kanovitz (*admitted pro hoc vice*)
Jon Loevy (*PHV application forthcoming*)
Aaron Tucek (*PHV application forthcoming*)
Alexandra Wolfson *(PHV application forthcoming)*
LOEVY & LOEVY
311 N Aberdeen St
Chicago, IL 60607
T: (312) 243-5900
green@loevy.com

Amelia Maxfield (*PA ID 328736)*
LOEVY & LOEVY
1712 N Street NW, Suite 401
Washington, DC 20011
T: (312) 243-5900

*Attorneys for Plaintiffs*