UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

KENNETH MACEK, MATTHEW HARNER, : 
AVI SETTON, LIONEL ALICEA, SHANE :
SPENCER, and RANGARAJ SADAGOPAN, :
individually and on behalf of all others similarly :
situated, :
          Plaintiffs, :
           :
         v. :     No.   5:25-cv-1995
           :
DRAFTKINGS, INC., CROWN PA GAMING, :
INC .*d/b/a DRAFTKINGS* and GOLDEN :
NUGGET ONLINE GAMING, LLC, :
         Defendants. :

---

## O R D E R

**AND NOW,** this 16th day of July, 2025, in light of the Amended Complaint filed July 15, 2025, *see* ECF No. 31, **IT IS HEREBY ORDERED THAT**:

Defendants' Motion to Dismiss, *see* ECF No. 29, is **DISMISSED as moot**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge