UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

KENNETH MACEK, MATTHEW HARNER, AVI :
SETTON, LIONEL ALICEA, SHANE SPENCER, :
and RANGARAJ SADAGOPAN, *individually and* :    No. 5:25-cv-1995
*on behalf of all others similarly situated,* :
                Plaintiffs, :
  :
  :
      v. :
  :
  :
DRAFTKINGS, INC., CROWN PA GAMING :
INC. *D/B/A DRAFTKINGS*, GOLDEN NUGGET :
ONLINE GAMING LLC, :
            Defendants. :

**O R D E R**

**AND NOW**, this 23rd day of March, 2026, upon consideration of the Amended

Complaint, ECF No. 31, the Defendants' Motion to Dismiss, ECF No. 34, the Plaintiffs'

Response, ECF No. 35, the Defendants' Reply, ECF No. 36, the supplemental authority, *see* ECF

Nos. 42, 43, and for the reasons stated in the Opinion issued this date, **IT IS HEREBY**

**ORDERED THAT**:

    1.      The Defendants' Motion to Dismiss, ECF No. 34, is **GRANTED.**

    2.      Counts I, II, III, V, VI, VII, VIII, IX, and XI are **DISMISSED with prejudice**.

    3.      The Clerk of Court is directed to **TRANSFER** Counts X and IV of the Amended

Complaint, ECF No. 34, as to Plaintiff Avi Setton only, to the Lehigh County Court of Common

Pleas, pursuant to 42 Pa. C.S. § 5103.

    4.      As to all other Plaintiffs, Count IV is **DISMISSED with prejudice**.

    5.      The Amended Complaint, ECF No. 31, is **DISMISSED**.

6.      The case is **CLOSED**.


                                        BY THE COURT:



                                        */s/ Joseph F. Leeson, Jr.*
                                        JOSEPH F. LEESON, JR.
                                        United States District Judge