**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Kenneth Macek, Matthew Harner, Avi Setton, Lionel Alicea, Shane Spencer and Rangaraj Sadagopan, individually and on behalf of all others similarly situated<br>Plaintiffs,<br>v.<br>DraftKings Inc.; Crown PA Gaming Inc. d/b/a  DraftKings; Golden Nugget Online Gaming LLC,<br>Defendants. | ) ) ) ) ) ) ) ) ) ) | Case No. 5:25-CV-1995-JFL<br><br><br>JURY TRIAL DEMANDED |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that KENNETH MACEK, MATTHEW HARNER, AVI SETTON, LIONEL ALICEA, SHANE SPENCER, and RANGARAJ SADAGOPAN, plaintiff-appellants in the above-named case, by their attorneys, hereby appeal to the United States Court of Appeals for the Third Circuit from the Grant of the Defendants' Motion to Dismiss, entered in this action on March 23, 2026 (Doc. Nos. 44 & 45).

By this appeal, Plaintiffs KENNETH MACEK, MATTHEW HARNER, AVI SETTON, LIONEL ALICEA, SHANE SPENCER, and RANGARAJ SADAGOPAN will ask the Court of Appeals to reverse the judgment, orders, and rulings of the District Court and grant such other relief as he may be entitled to on this appeal.

Respectfully submitted,

<u>/s/ Isaac Green</u>

Mike Kanovitz (*admitted pro hac vice)*
Scott Rauscher (*admitted pro hac vice)*
Isaac Green (*admitted pro hac vice)*
Aaron Tucek (*admitted pro hac vice)*
LOEVY & LOEVY
311 N. Aberdeen St

Chicago, IL 60607
T: (312)-243-5900
green@loevy.com

Amelia Maxfied (*PA ID 328736)*
LOEVY & LOEVY
1712 N Street NW, Suite 401
Washington, DC 2011
T: (312-243-5900)

## CERTIFICATE OF SERVICE

I, Isaac Green, an attorney, hereby certify that on April 17, 2026, caused to be filed this Notice of Appeal via the Court's CM/ECF electronic system, which effected service on all counsel of record.

Respectfully submitted,

*s/Isaac Green*

## CERTIFICATE OF SERVICE

I, Isaac Green, an attorney, hereby certify that I filed the foregoing document via the Court's CM/ECF system on April 17, 2026, and thereby served a copy on all counsel of record.

/s/Isaac Green
*One of Plaintiff's Attorneys*